UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Beverly Jean Dwelly and
Michael Dwelly,

Plaintiffs,

vs. MINUTE ORDER

Yamaha Motor Corporation,
USA,

Defendant. Civ. No. 01-1137 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 21st day of February, 2002.

* * *

On February 21, 2002, the Court heard argument on the Plaintiffs' Motion to Amend the Pretrial Scheduling Order in order to serve and file an Amended Complaint which would join Yamaha Motor Company, Ltd., and Yamaha Motor Manufacturing Corporation of America, as additional Defendants. At the time of the Hearing, the Plaintiffs appeared by Peter W. Riley, Esq., and the Defendant appeared by Cortney G. Sylvester, Esq. Prior to the Hearing, the parties submitted their joint Stipulation, which would allow the service of the Amended Complaint and, independently, we find good cause to support the requested relief. See, Rule 16(b), Federal Rules of Civil Procedure; Scheidecker v. Arvig Enterprises, Inc.,

FILED FEB 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MJB

193 F.R.D. 630, 631-32 (D. Minn. 2000). Accordingly, we grant the Plaintiffs' Motion to Amend the Scheduling Order, and their Motion to Amend their Complaint so as to join the proposed additional Defendants.

We add, consistent with our discussion during the Hearing, that the two new Defendants may be foreign corporations, which could raise certain logistical complications, involving the service of process, and the conduct of discovery, to name but two. See, generally, Rules 4(h) and 28(b), Federal Rules of Civil Procedure; Minnesota Mining and Manufacturing Co., Inc. v. Nippon Carbide Industries Co., Inc., 171 F.R.D. 246, 249 (D. Minn. 1997). Upon the joinder of the new Defendants, counsel for all of the parties are directed to schedule a Rule 16 Conference, before this Court, in order that the Court can assist in reducing, to the extent practicable, any institutional hurdles to the just, speedy, and inexpensive, pretrial processing of this action to a conclusion.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiffs' Motion for an Order Extending the Dead-line to Amend Their Complaint [Docket Nos. 9 and 11] is GRANTED, and the Plaintiffs are granted leave to file, and serve, an Amended

Complaint which adds Yamaha Motor Company, Ltd, and Yamaha Motor Manufacturing Corporation of America, as additional Defendants.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE