UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Beverly Jean Dwelly and Michael Dwelly

Plaintiffs,

v.

Yamaha Motor Corporation, USA

Defendant.

**STIPULATION TO AMEND SCHEDULING ORDER**

**and**

**ORDER**

Civ. No. 01-1137 (DWF/RLE)

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Court Scheduling Order be amended as follows:

1) The period during which parties may conduct all discovery shall terminate on January 1, 2003.

2) That all non-dispositive motions shall be filed and the hearing thereon completed by February 1, 2003.

3) That the Plaintiff's expert disclosure shall be made on or before October 1, 2002.

4) That the Defendant's expert disclosure shall be made on or before December 1, 2002.

5) That any rebuttal expert disclosure shall be made on or before December 15, 2002.

6) That all dispositive motions shall be filed and the hearing thereon completed prior to March 1, 2003.

7) This case shall be trial-ready on March 1, 2003.

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 2/28/02

SCHWEBEL GOETZ & SIEBEN

By: Peter W. Riley

Mark H. Gruesner (#38386)
Peter W. Riley (#91765)
Sharon L. Van Dyck (#183799)
ATTORNEYS FOR THE PLAINTIFF
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone. 612-377-7777

Dated: Mar. 6, 2002

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

By: Brian N. Johnson

Brian N. Johnson (#132767)
Cortney G. Sylvester (#231514)
ATTORNEYS FOR THE DEFENDANT
220 South 6th Street, Suite 600
Minneapolis, MN 55402
Telephone: 612-338-1838

IT IS SO ORDERED.

By the Court

Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge

Dated: March 13, 2002
At Duluth, Minnesota