UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Beverly Jean Dwelly,
and Michael Dwelly

Plaintiffs,

vs. ORDER

Yamaha Motor Corporation,
USA, Yamaha Motor Company,
Ltd., and Yamaha Motor
Manufacturing Corporation
of America,

Defendants. Civ. No. 01-1137(DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of May, 2003.

* * *

Pursuant to directives of the Court, the parties have met and conferred regarding deposition scheduling and amending the Scheduling Order.

THEREFORE, It is --

ORDERED:

That the Scheduling Order dated July 31, 2002, is amended as follows:

1. That within the foregoing period allotted for discovery, but no later than the dates set forth below, the parties shall retain and disclose to opposing counsel all persons they intend to

44

FILED MAY 07 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK mjb

call as expert witnesses at trial. Each party's disclosure shall identify each expert and state the subject matter on which the expert is expected to testify. The disclosure shall be accompanied by a written report prepared and signed by the witness. As required by Rule 26(a)(2)(B), Federal Rules of Civil Procedure, the report shall contain:

a. The qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years;

b. The compensation to be paid for the study and testimony;

c. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years;

d. A complete statement of all opinions to be expressed and the basis and reasons therefor;

e. The data or other information considered by the witness in forming the opinions; and

f. Any exhibits to be used as a summary of or support for the opinions.

The Plaintiff's expert disclosures shall be made on or before **August 1, 2003.** The Defendant's expert disclosures shall be made on or before **October 1, 2003.** Rebuttal expert disclosures shall be made on or before **November 1, 2003.**

2. That Notice of Intent to bring a Daubert Challenge shall be made on or before November 1, 2003.

3. That all dispositive Motions shall be filed and the Hearing thereon completed prior to **January 1, 2004.** All dispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(b). Counsel are forewarned that six to eight weeks advance notice is necessary to place a dispositive Motion on the calendar.

4. That this case shall be ready for Trial on **January 1, 2004**[1], or 30 days after the Court renders its Order on any dispositive Motion (whichever is later), at which time the case will be placed on the Court's **Jury** Trial calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

[1]**THIS DATE IS NOT A TRIAL SETTING DATE.** The parties will be notified by the Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case will be placed on the Trial Calendar. The above date is merely a notice to all parties to consider the case ready for trial as of this date. **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED.**