**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**NOTICE OF ASSIGNMENT**
**OF CASES FOR TRIAL**
**APRIL 12, 2004**

---

Date and Location of Trial

Attached is a list of cases for trial before the undersigned beginning Monday, April 12, 2004, at 9:00 AM in courtroom #2 of the United States Courthouse, 7th Floor, 316 North Robert Street, St. Paul, Minnesota 55101. This calendar will run from **April 12, 2004 to May 7, 2004.** Although listed in the order in which they are expected to be tried, counsel are on notice that cases may be called out of order, and each case is deemed ready for trial as of April 12, 2004. Counsel should be aware that, upon receipt of this notice, the Magistrate Judge assigned to each case will be scheduling a full settlement conference. Further, a pretrial conference will be scheduled by the Court once it is aware of the day certain of each case to be tried.

Documents to be Submitted for Trial

Unless otherwise ordered, counsel shall deliver two copies of the following documents marked to the attention of the Court's chambers and be delivered to 700 Federal Courts Building, 316 North Robert Street, St. Paul, MN 55101 by **April 1, 2004**.

1. Documents Required for All Trials:

| Document | | E-file | E-mail* | No Later Than |
|---|---|---|---|---|
| A. | **Statement of the Case.** A statement of the case indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary and procedural issues. The statement shall include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues. | T | T | <u>04/01/04</u> |
| B. | **Exhibit List.** If exhibits are to be offered at trial, the following procedure must be followed:<br>(i) Mark all exhibits for identification. All exhibits shall be marked, as much as possible, in the sequence they will be offered, with Arabic numbers. Each exhibit should also be marked with the case number.<br>Example: Pltf. or Deft. #1<br>Civ. 04-397<br>(Multiple parties list name, *e.g.*, Pltf. <u>Smith</u> #1)<br>(ii) Counsel shall make available for examination and, if requested, copying by all counsel, all exhibits which will be offered into evidence at trial. Only exhibits so made available shall be offered into evidence at trial, except for good cause shown. | | | <u>04/01/04</u> |
| | (iii) Submit a list of exhibits that will be presented at trial on behalf of their client(s). The list shall indicate the exhibits the parties agree are admissible. For the exhibits not so agreed upon, the list shall include the grounds for objection. Only exhibits so listed shall be offered into evidence at trial, except for good cause shown. | T | T | <u>04/01/04</u> |

| Document | | E-file | E-mail* | No Later Than |
|---|---|---|---|---|
| C. | **Witness List.** The list shall include the names and addresses of the witnesses, along with a short statement of the substance of the expected testimony of each witness. Only witnesses so listed shall be permitted to testify except for good cause shown. | T | T | 04/01/04 |
| D. | **List of Deposition Testimony.**<br>(i) List of deposition testimony to be offered into evidence in lieu of live testimony. The list shall designate those specific parts of depositions to be offered at trial. Only depositions so listed shall be offered into evidence at trial except for good cause shown. | T | T | 04/01/04 |
| | (ii) Any party who wishes to object to listed deposition testimony shall submit objections. | T | T | 04/05/04 |
| E. | **Motions in limine.**<br>(i) All motions must be filed as outlined in Local Rule 5.1. If a motion has tabbed attachments, please mail or deliver to 700 Federal Courts Building 316 North Robert Street, St. Paul, MN 55101 one copy marked to the attention of the Court's chambers. | T | T | 04/01/04 |
| | (ii) All responses to motions in limine must be filed as outlined in Local Rule 5.1. If a response has tabbed attachments, please mail or deliver to 700 Federal Courts Building 316 North Robert Street, St. Paul, MN 55101 one copy marked to the attention of the Court's chambers. | T | T | 04/05/04 |

2. Additional Documents for Jury Trials. In all jury trials, counsel shall submit the following documents in addition to those listed above:

| Document | | E-file | E-mail* | No Later Than |
|---|---|---|---|---|
| A. | **Joint Statement of the Case.** The Court expects the parties to jointly submit a proposed statement of the case. The statement of the case should be a summary of the case, including the title, nature of the action, plaintiff's position, nature of the defense, and defendant's position. (The Court's intent is to give the parties input into the statement that will be read to the jury during voir dire.) | T | T | 04/01/04 |
| B. | **Proposed Voir Dire Questions**. | T | T | 04/01/04 |
| C. | **Proposed Jury Instructions.** Exceptions are provided for those instructions whose need could not be foreseen. Each proposed instruction shall be numbered and on a separate page and shall contain citation to legal authority. Jury instructions are to be submitted in the following format:<br>(i) The parties are required to jointly submit one set of agreed upon instructions. To this end, the parties are required to serve their proposed instructions upon each other two weeks prior to the filing deadline. The parties should then meet, confer, and submit one complete set of agreed upon instructions. | T | T | 04/01/04 |
| D. | **Proposed Special Verdict Forms**. | T | T | 04/01/04 |

3. Additional Documents for Non-Jury Trials.

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| **Proposed Findings of Fact and Conclusions of Law.** In all non-jury trials, counsel shall submit proposed findings of fact and conclusions of law in addition to the documents listed in section 1, above. | T | T | 04/01/04 |

4. Counsel for all parties are strongly encouraged to meet prior to trial to:

A. Stipulate to all uncontested facts and matters not in controversy.

B. Stipulate to which exhibits may be received without objection prior to trial.

C. Discuss settlement.

Failure to Comply

The failure of any party to comply with the procedures outlined herein shall result in the imposition of an appropriate sanction.

Questions regarding the calendar may be directed to Lowell Lindquist, Calendar Clerk to Judge Frank, 700 Federal Courts Building, 316 North Robert Street St. Paul, Minnesota 55101, (651) 848-1296.

**UNDER THE SPEEDY TRIAL ACT, THE TRIAL OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: February 25, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court

* E-mail to Frank_Chambers@mnd.uscourts.gov in WordPerfect 9.0 format.

**BEFORE JUDGE DONOVAN FRANK**
**MONDAY, APRIL 12, 2004 - 9:00**
**COURTROOM NO. 2, 7TH FLOOR, ST PAUL**

---

1.
BEVERLY JEAN DWELLY and MICHAEL DWELLY — JURY TRIAL, ____ DAYS, PERSONAL INJURY

VS. CIV. 01-1137 (DWF/RLE)

YAMAHA MOTOR CORPORATION, USA, ET AL.

For Pltfs.: James Schwebel, Mark Gruesner, Peter Riley, Sharon Van Dyck 612-333-8361

For Defts.: Brian Johnson, Cortney Sylvester, Cynthia Arends 612-338-1838

---

2.
THE ROTTLUND COMPANY, INC. — JURY TRIAL, ____ DAYS, COPYRIGHT

VS. CIV. 02-2681 (DWF/SRN)

WENSMANN HOMES INC., WENSMANN MANAGEMENT, WENSMANN REALTY INC, THONE BUILDERS AND DEVELOPERS, INC., and TIMOTHY THONE

For Pltf.: Craig Krummen, David Davenport 612-604-6400

For Wensmann: James Martin 952-831-5793 and Kurt Niederluecke, Lori Marco 612-977-8400
For Thone: Patrick O'Neill, Jr., Stephen Warner 651-292-8100

---

3.
CAROLE MAGNUSON — NON JURY, _____ DAYS, JOB DISCRIMINATION

VS. CIV. 02-4739 (DWF/SRN)

ACORDIA OF MINNESOTA, INC.

For Pltf.: John Klassen, Michael Puklich, Patrick Neaton 952-258-8444

For Deft.: Joseph Sokolowski, Kevin Coan, Lindsay Beck 612-333-2111

---

4.
SHERWIN BROWN — JURY TRIAL, _____ DAYS, INSURANCE CONTRACT

VS. CIV. 02-4724 (DWF/SRN) .

NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA

For Pltf.: Pro se

For Deft.: Timothy Schupp, Andrea Kiehl 612-333-9500