**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Beverly Jean Dwelly and Michael Dwelly,<br><br>Plaintiffs,<br><br>v.<br><br>Yamaha Motor Corporation, USA, Yamaha Motor Company, Ltd., and Yamaha Motor Manufacturing Corporation of America,<br>Defendant. | Civil File No. 01-CV-1137 DWF/RLE<br><br>**STIPULATED MOTION FOR CONTINUANCE AND AMENDED SCHEDULING ORDER**<br><br>**TELEPHONIC HEARING REQUESTED** |

WHEREAS, this Court issued an Order on December 30, 2003, amending the pretrial scheduling order to provide for a discovery deadline and trial-ready date of March 31, 2004; and

WHEREAS, a continuance is warranted to permit plaintiff Beverly Dwelly's medical condition to stabilize and thus to more accurately assess damages. Plaintiff had surgery on January 12, 2004, and has been hospitalized in follow-up from that surgery during the week of March 1, 2004. Plaintiffs expect that, within the next six weeks, her doctors will be able to fully evaluate the surgery and determine whether her colostomy is permanent or might possibly be reversed. Trial is currently set before that determination will have been made; and

WHEREAS, the stipulation to amend the pretrial scheduling order in the manner ordered on December 30, 2003 was based upon a schedule agreed upon by the parties for completing expert depositions in this action; and

WHEREAS, shortly before the expert deposition schedule was to commence with the deposition of plaintiffs' expert Michael Burleson, Mr. Burleson was unexpectedly called out for trial on another matter, and therefore his deposition had to be postponed; and

WHEREAS, another unexpected trial conflict developed shortly before the second scheduled expert deposition, that of plaintiffs' expert Dr. Joseph Burton, requiring that his deposition be postponed as well; and

WHEREAS, the unexpected conflicts requiring postponement of these depositions upset the entire expert deposition schedule to which the parties had previously stipulated, precluding them from being completed by the March 31, 2004 trial-ready date; and

WHEREAS, while the parties to this action were preparing to approach the Court and seek relief from the amended scheduling order to permit completion of expert depositions, this Court issued its Order of February 25, 2004, setting the matter for trial on April 12, 2004; and

WHEREAS, this Court also issued an order on March 1, 2004, setting a settlement conference for March 23, 2004; and

WHEREAS, counsel for defendants are scheduled to begin another trial on April 6, 2004, in Minnesota District Court for Hennepin County, and this is a long-standing date certain for a trial expected to last approximately three weeks, which therefore conflicts with the trial setting ordered by this Court; and

WHEREAS, counsel for defendants also are not available for the settlement conference scheduled for March 23, 2004; and

WHEREAS, counsel for the parties agree that a continuance of the trial date and settlement conference are necessary to ensure the completion of expert depositions, stabilization of plaintiff's medical condition and the conduct of a productive settlement conference.

THEREFORE, it is agreed and stipulated to between the parties, through their respective counsel, that:

1. The Court's Order of February 25, 2004 may be amended to remove this case from the docket for trial on April 12, 2004.

2. The Court may amend the existing Amended Scheduling Order to state that this case shall be considered trial-ready as of May 31, 2004, and may be placed on the trial docket at any time thereafter.

3. The Court may amend the Settlement Conference Order of March 1, 2004 to provide a brief continuance of the settlement conference until a date when counsel for all parties may be present.

4. The parties are hereby directed to confer immediately and formulate a schedule for completing expert depositions no later than May 31, 2004, in order that this case may proceed to trial thereafter without delay.

Dated: Mar. 10, 2004

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

By: [signature]

Brian N. Johnson Reg. No. 132767
Janice M. Symchych Reg. No. 10811X
Cortney G. Sylvester Reg. No. 231514
Cynthia P. Arends Reg. No. 301735
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
(612) 338-1838

ATTORNEYS FOR DEFENDANT

Dated: Mar. 10, 2004

SCHWEBEL GOETZ & SIEBEN, P.A.

By: Sharon L. Van Dyck

Sharon L. Van Dyck Reg. No. 183799
Mark H. Gruesner Reg. No. 38386
Peter W. Riley Reg. No. 91765

5120 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 377-7777

ATTORNEYS FOR PLAINTIFFS

**IT IS SO ORDERED**

By the Court

Raymond L. Erickson

Hon. Raymond L. Erickson
United States Magistrate Judge

Dated: 3/11/04