UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Beverly Jean Dwelly and
Michael Dwelly,

Plaintiffs,

vs. ORDER

Yamaha Motor Corporation,
USA, et al.,

Defendants. Civ. No. 01-1137 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 12th day of March 2004.

* * *

On March 1, 2004, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Tuesday, March 23, 2004, pursuant to a Notice of Assignment of Cases For Trial. Due to some impossible impediments, the parties have advised the Court that they have stipulated to a continuance of the Settlement Conference date and Trial date. Counsel submitted the Motion to the Hon. Donovan W. Frank, who has directed that the Motion should be directed to the undersigned.

On March 11, 2004, the Court approved the Stipulated Motion for Continuance and Amended Scheduling Order. Accordingly, the Settlement Conference will be stricken from this Court’s calendar.

THEREFORE, It is --

ORDERED:

1. That the Settlement Conference set for Tuesday, March 23, 2004, at 1:30 p.m., is stricken from this Court’s calendar.

2. That the Settlement Conference in the above-entitled matter is reset for **Monday, May 17, 2004, at 10:30 o'clock a.m.**, before Magistrate Judge Raymond L. Erickson, in Court Room No. 3, United States Courthouse, 515 W. First St., Duluth, Minnesota, according to the following terms:

a. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

b. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

c. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a

continuance of the Conference will only be granted for good cause shown upon **formal** **Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

d. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

3. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

s/ Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE