# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Beverly Jean Dwelly,
and Michael Dwelly,
Plaintiff(s),
v.

Yamaha Motor Corporation, U.S.A., et al.,
Defendant(s).

## COURT MINUTES
BEFORE: Raymond L. Erickson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-1137 |
| Date: | April 1, 2004 |
| Court Reporter: | |
| Tape Number: | 04-19 |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:20 a.m. |
| Time in Court: | 0 Hours & 20 Minutes |

## APPEARANCES:

For Plaintiff: Sharon L. Van Dyck
For Defendant: Cortney G. Sylvester

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

RE: Plaintiff's Motion to Amend the Scheduling Order -- Docket No. 58.

Motions taken under advisement as of: 4/1/04

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Cindy L. Hanneken
Signature of Judicial Law Clerk