UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Beverly Jean Dwelly and Michael Dwelly,

Plaintiffs,

v.

Yamaha Motor Corporation, USA, Yamaha Motor Company, Ltd., and Yamaha Motor Manufacturing Corporation of America,

Defendants.

**STIPULATED MOTION FOR AMENDED SCHEDULING ORDER**

and ORDER

**TELEPHONIC HEARING REQUESTED**

Court File Number: 01-1137 (DWF/RLE)

WHEREAS, this Court issued an Order on March 11, 2004, amending the Pretrial Scheduling Order to provide for a completion of expert depositions no later than May 31, 2004; and

WHEREAS, the parties in accordance with the said Order conferred and established an expert discovery schedule which contemplated completion of all expert depositions by May 31st; and

WHEREAS, subsequently, three of defendants' disclosed experts, Mr. Breen, Dr. Hatsell, and Mr. Frantz, developed conflicts which prevented taking of their depositions on the scheduled dates; and

WHEREAS, the Clerk for the Honorable Donovan Frank has advised that this matter will be called for trial on October 13, 2004; and

WHEREAS, counsel for the parties have agreed on new dates for the taking of the depositions of Mr. Breen, Dr. Hatsell and Mr. Frantz, as follows: Mr. Breen - June 10th; Dr. Hatsell - June 17th; Mr. Frantz - June 22nd; and

WHEREAS, extending the time to complete expert depositions will not in any way delay the commencement of trial with this matter.

THEREFORE, it is agreed and stipulated by and between the parties, through their respective counsel, that:

1. The Court's Order of March 11, 2004, may be amended to extend the existing Scheduling Order to direct completion of expert depositions no later than June 30, 2004.

I hereby acknowledge that sanctions may be awarded pursuant to Minn. Stat § 549.211.

SCHWEBEL GOETZ & SIEBEN

Dated: May 12, 2004

By [signature]
Peter W. Riley (#91765)
ATTORNEYS FOR THE PLAINTIFFS
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: 612-377-7777

HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.

Dated: May 12, 2004

By: Cortney G. Sylvester

Brian N. Johnson (#132767)
Janice M. Synchych (#10811X)
Cortney G. Sylvester (#231514)
Cynthia P. Arends (#301735)
ATTORNEYS FOR THE DEFENDANTS
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: 612-338-1838

**IT IS SO ORDERED.**

**BY THE COURT:**

Dated: May 13, 2004

Raymond L. Erickson
The Honorable Raymond L. Erickson
United States Magistrate Judge