# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Beverly Jean Dwelly and Michael Dwelly, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01cv1137 (DWF/RLE) |
| | ) | Date: May 17, 2004 |
| Yamaha Motor Corp., USA, et al., | ) | Court Reporter: N/A |
| | ) | Time Commenced: 10:30 a.m. |
| Defendants. | ) | Time Concluded: 6:30 p.m. |
| | ) | Time in Court: 7 Hours & 0 Minutes |

Hearing on: **Settlement Conference**
Held in Court Room 3, Duluth, Minnesota

APPEARANCES:

Plaintiff: James R. Schwebel, Mark H. Gruesner, Peter W. Riley
Defendant: Brian N. Johnson, Janice M. Symchych

PROCEEDINGS:

☒ No settlement reached.

s/Victoria L. Miller
Judicial Assistant