**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BEVERLY JEAN DWELLY, and
MICHAEL DWELLY,

Plaintiffs,

v.

YAMAHA MOTOR CORPORATION, USA;
YAMAHA MOTOR COMPANY, LTD; and
YAMAHA MOTOR MANUFACTURING
CORPORATION OF AMERICA,

Defendants.

Civil No. 01-1137 (DWF/RLE)

**ORDER OF DISMISSAL**

---

James R. Schwebel, Esq., Mark H. Gruesner, Esq, Peter W. Riley, Esq., and Sharon L. Van Dyck, Esq., Schwebel Goetz & Sieben, 5120 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, counsel for Plaintiffs.

Brian N. Johnson, Esq., Cortney G. Sylvester, Esq., Cynthia P. Arends, Esq., Halleland Lewis Nilan Sipkins & Johnson, 2200 6th Street South, Suite 600, Minneapolis, MN 55402, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 24, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court